Matter of Novakhov v Board of Elections in the City of N.Y.

2026 NY Slip Op 03109

May 14, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Michael Novakhov, petitioner-respondent,

v

Board of Elections in the City of New York, respondent, Craig Hammerman, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on May 14, 2026

2026-04578, (Index No. 514124/26)

Angela G. Iannacci, J.P.

Valerie Brathwaite Nelson

William G. Ford

Laurence L. Love

Donna-Marie E. Golia, JJ.

[*1]

DECISION & ORDER

In a proceeding pursuant to Election Law § 16-102, inter alia, to validate a petition designating Michael Novakhov as a candidate in a primary election to be held on June 23, 2026, for the nomination of the Conservative Party as its candidate for the public office of Member of the New York State Assembly for the 45th Assembly District, Craig Hammerman appeals from a final order of the Supreme Court, Kings County (Peter P. Sweeney, J.), dated May 4, 2026. The final order, after a hearing, granted the petition, inter alia, to validate the designating petition.

ORDERED that the final order is affirmed, without costs or disbursements.

For the reasons set forth in Matter of Hammerman v Novakhov (___ AD3d ___ [decided herewith]), the Supreme Court properly granted the petition, inter alia, to validate the designating petition.

IANNACCI, J.P., BRATHWAITE NELSON, FORD, LOVE and GOLIA, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court